<u>PS 8</u>
<u>(</u>5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

      vs.

<u>Jamesa Rankins</u>                                <u>Docket No. 0101 1</u>:22-CR-10186-RGS-1

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant, Jamesa Rankins, who was placed under pretrial release supervision by the <u>Honorable Marianne Bowler</u>, on <u>7/29/2022</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Continue or actively seek employment.
3. Surrender any passport to the U.S. Probation and Pretrial Services Office.
4. Do not obtain a passport or other international travel document.
5. Maintain residence and do not move without prior permission.
6. Continue with current mental health treatment and sign all releases as directed by U.S. Probation and Pretrial Services. Submit to a substance abuse evaluation.
7. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
8. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising office<u>r.</u>
<u>9.</u> You are prohibited from drinking alcohol to the point of intoxication, as defined by Massachusetts State Law as a .10 blood alcohol level.
10. Allow the Probation Office to assess the level of risk to the community you may pose in your current employment. If 3rd party risk is identified, the Probation Office will ask the court to direct you to notify your employer of the nature of the instant charges and allow the Probation Office to verify the disclosure with the employer.

                 And respectfully seeks action by the Court and for cause as follows:

On 8/1/2022, the Probation & Pretrial Services Office was notified by the U.S. Attorney's Office that on 7/29/2022, the defendant contacted a witness involved in the instant offense and had strongly requested surveillance videos. The witness then immediately notified the case agent about the contact. Although a summons request to address this issue was filed by the Probation Office on 8/17/2022, it does not appear that any further action was taken by the Court on this matter.

1

On 11/1/2023, Mr. Rankins was found guilty following a jury trial of counts 1, 2 and 4 of her Indictment. Thereafter, she was released on the same conditions pending her sentencing on 2/2/2024. The sentencing was later continued to 3/20/2024.

On 1/25/2024, this Officer was notified by the Boston Police Department that Ms. Rankins had been arrested for drug offenses in the area of Massachusetts Avenue and Albany Street in Boston. A subsequent review of the incident report revealed that Officers assigned to the D4 drug control unit were monitoring the above address in an effort to curb the drug abuse that has plagued this area. While conducting surveillance, the Officers observed Ms. Rankins, and a male later identified, as David Farrell engage in a conversation with a third male, later identified as Eric Maldonado. The Officers observed the parties then huddle together and engage in what they believed was a drug transaction. As such, the Officers maintained surveillance of Mr. Maldonado as he left the area before stopping him a few blocks away. Upon identifying themselves as police officers, Mr. Maldonado agreed to cooperate and revealed that he had just purchased $7 of Crack Cocaine from Ms. Rankins and Mr. Farrell. Additional Officers who remained on scene of the transaction then approached and placed Ms. Rankins and Mr. Farrell under arrest.

During the booking search, Officers removed Ms. Rankins' jacket and observed items in both pockets. Upon closer inspection, the items were determined to be 26 plastic bags of Crack Cocaine. Additionally, the Officers seized digital scales and $141 U.S. currency from Ms. Rankins purse. Subsequently, Ms. Rankins became irate and began making several different threats to one of the Officers. Specifically, Mr. Rankins stated to the Officer, "Don't worry, you will get yours, you goofy looking, white tubby motherfucker! When asked by the Officer if she was making threats, Mr. Rankins further stated, "I'm not making threats but your kids will get their's too! They will get theirs, just watch, you'll get yours, karma is a bitch!" Consequently, Ms. Rankins was charged with the following offenses: Distribution of a Class B Substance, Possession with Intent to Distribute Class B, and Threats.

Based on the severity of Ms. Rankins's state charges, coupled with the fact she has been found guilty of her federal charges and is now facing Sentencing, the Probation Office respectfully requests that a warrant be issued for her arrest.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☒ Issue a warrant.
☐ Issue a summons for the defendant to appear for a status hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 1/26/2024                          Place: Boston, Massachusetts

*/s/Patrick Skehill*                                      Date: 1/26/2024
Patrick Skehill
U.S. Probation Officer

## ORDER OF COURT

☒ Warrant to issue.
☐ Summons to issue. Clerk to schedule status hearing.
☐ Other:

Considered and ordered this __29th__ day of __January__, 2024, and ordered filed and made part of the record in the above case.

_____/s/ Richard G. Stearns_____ The
Honorable Richard G. Stearns
U.S. District Judge

3